UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ANTOINE TELFORD,                          *
                                          *
              Plaintiff,                   *
                                          *
        v.                                *        Civil Action No. 07-11830-JLT
                                          *
IRON WORLD MANUFACTURING, LLC, and        *
RICHARD STELLABUTO                        *
                                          *
              Defendants.                  *

ORDER

January 28, 2010

TAURO, J.

        For the reasons set forth in the accompanying memorandum, this court hereby orders that:

1.      Massachusetts law applies to Plaintiff's claims.

2.      Maryland law applies to Defendants' counterclaims.

3.      Because material factual disputes persist as to Plaintiff's claims, Defendants'

        Motion for Summary Judgment [#29] is DENIED.

4.      Because material factual disputes persist as to Defendants' counterclaims,

        Plaintiff's Motion for Summary Judgment on Defendants' Counterclaims [#33] is

        DENIED.

IT IS SO ORDERED.

                                          /s/ Joseph L. Tauro
                                          United States District Judge